# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Muhannad al-Ameen a.k.a.

Inmate Identification Number: 110046

Terry D. Rivers

_____

(Enter above the full name of the plaintiff
in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Doctor Wilson

CV-16-P-0691-M

_____

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )      No ( ⱼ )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff: _____

             Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county)

    _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    _____

6. Approximate date of filing lawsuit _____

    _____

7. Approximate date of disposition _____

II. Place of present confinement  St. Clair Prison

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( ✓ )    No (   )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( ✓ )    No (   )

   C. If your answer is YES:

      1. What steps did you take?  Wrote a grievance

         _____

      2. What was the result?   No Response
         under Staffed under maNed ect.

   D. If your answer is NO, explain why not: _____

      _____

      _____

      _____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Muhammad Al-Ameen

Address St. Clair Prison 1000 St. Clair Rd Springville Alabama 35146

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Wilson

Is employed as St Doctor

at St. Clair Prison

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

due to a severe gunshot blast to my abdominal (stomach) causing severe physical injury I suffer with great pain and discomfort. Since comeing here 3/20/07 I've been treated for abdominal illness. After the injury doctors informed me that

4

this illness will remain with me for the rest of my life. Since 2007 I've been sent off site Five (5) times to Brookwood and Cooper Greens Medical Centers, due to St. Clair has no abdominal Specialist ect. Extra Sheets haveing

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like to have for the court to have me ordered sent to an off site medical center Better able for the treatment of this illness

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Muhammad al-aneen a.k.a. Terry W Rivers
SIGNATURE

ADDRESS St. Clair Prison
1000 St. Clair Rd. Springville AL.
35146

AIS # 110046

I will Sub-mit Enclose a Sick call Request form I Submitted weeks ago, Requesting again to be seened

I am more than disappointed As I have no way of knowing the Progression of the illness, What State my Stomach's in ect. By Being in my Stomach in the Quardrun, the Pain I have no Words except Severe.

Muhommad Al-Ameen

Every Available test and Examination I've done at the Prison, there's No! Relief. Within the Right or Left (Quardun) Quardrun of my Stomach is a mass caused by the injury. This mass is causing much Pain and discomfort. Mr. Wilson informed me three (3) weeks ago He would order I (be) be taken off-site to be seened by Stomach Specialist able to treat such. That statement has Proved to be most insidious As I remain Here suffering in Pain and discomfort. I'm almost (60) Sixty years old an I've informed that, He is the 5th Fifth I've Encountered. THAT medical Records would show THE orders of the off-site visits To Brookwood and COOPER Greens Medical Centers. THEY Brookwood and Cooper green doctors have informed that an operation may or may not be Susessful yet the Choice would be mine. I've waited long enough I should not have to argue this medical issue when the medical facts or perspicuous. THE denial or delay of medical care requires evidence of the defendant's actual knowledge of or reckless disregard for a substantial risk of harm, diagnosed by a Physician as mandating treatment a need is serious if it causes Pain, Eighth Amendment.

 Alabama Department of Corrections
## Sick Call Request


**Reason for Sick Call Request:**

Request to See the Doctor Concerning An Order For Stomach treatment almost two (2) weeks no response

Name (print): _____ AIS # 110046  Date of Birth _____

Institution: St Clair  Housing Area: A-5  Date: 4/4/16

Sick Call Form Collected by Health Staff: CB (initials) Title: LPN Date: 4/4/16 Time: 10:00

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

(1) ____ Referring to Chronic Care Manager
(2) ____ Written Response/Instruction Being Provided

B. ____ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation
(2) ____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____  Date: _____

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter      2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**                 (a) ____ Medical Provider
____ $4.00 - Nurse                       (b) ____ Dental Clinic
____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge   (c) ____ Mental Health Services
____ $4.00 – Scheduled but Refused Encounter   (d) ____ Other: _____

Inmate Name: Terry D. Rivers      AIS#: 110046

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record   © 2014 Corizon Health, Inc.
CP7166AL                       Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014  Copy (page 2)-inmate post health review

Muhannad al-Ameen
a.k.a. Terry D. Rivers: 110046
A-1-5 1000 St. Clair Rd
Springville AL, 35146

**SECURITY**
APR 28 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

BIRMINGHAM AL 350
27 APR 2016 PM 3

Office of
Clerk, United States Court
Northern District of Alabama
Hugo L. Black United States Court House
1729 5th. Avenue North
Birmingham, Alabama 35203-2037

3520320375